## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.  2:25-cr-00211-FLA                                     Date: 04/08/2025

Present:  The Honorable: Michael B. Kaufman, United States Magistrate Judge

Interpreter N/A                                     Language  N/A

| James Munoz | CS 04/08/2025 | Kevin Butler |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody          Attorneys for Defendants:  ✓ Present  Retained

Eugene Henley, Jr.                                    Arturo Hernandez-M

**Proceedings: Arraignment of**      ✓ **Assignment of Case**          **Appointment of Counsel**
**Defendant and/or**                      **Initial Appearance**

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fernando L. Aenlle-Rocha.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 05/20/2025 8:30 AM;
Pre-Trial Conference: 05/09/2025 10:30 AM
* Judge Aenlle-Rocha is located in 6B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:     PSALA          PSAED          PSASA          **Initial Appearance/Appointment of Counsel:** 00      : 00
    ✓ USMLA          USMED          USMSA
        Statistics Clerk          Interpreter                                          **Arraignment:** 00      : 05
        CJA Supervising Attorney   Fiscal                    **Initials of Deputy Clerk:** JRM by TRB