UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.  2:25-cr-00211-FLA                             Date: July 16, 2025

Present: The Honorable: FERNANDO L. AENLLE-ROCHA, United States District Judge

Interpreter  N/A

| Twyla Freeman | Marea Woolrich | Jena A. MacCabe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1-Eugene Henley, Jr. | ✓ | ✓ |   | 1-Craig A. Harbaugh, CJA | ✓ | ✓ |   |
| 2-Sylvester Robinson | ✓ |   | ✓ | 2-Scott A. Pactor, CJA | ✓ | ✓ |   |
| 3-Mark Martin | ✓ |   | ✓ | 3-Kristen N. Richards, CJA | ✓ | ✓ |   |
| 4-Termaine Ashley Williams | ✓ | ✓ |   | 4-Michael M. Levin, Retd | ✓ |   | ✓ |
| 5-Armani Aflleje | ✓ |   | ✓ | 5-John D. Robertson, CJA | ✓ | ✓ |   |
| 6-Fredrick Blanton, Jr. | ✓ |   | ✓ | 6-Carlos L. Juarez, CJA | ✓ | ✓ |   |
| 7-Tiffany Shanrika Hines | ✓ |   | ✓ | 7-Kenneth A. Reed, CJA | ✓ | ✓ |   |

**PROCEEDINGS:** STATUS CONFERENCE (HELD/COMPLETED)

The matter is called for hearing.

The government shall produce an index of discovery to defense by August 13, 2025.

A **Status Conference as to all defendants is set for September 3, 2025, at 9:30 a.m.**

The parties may file a Joint Status Report by August 27, 2025.

CC: PSA, USM

00:44

Initials of Deputy Clerk   tf