CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:  (213) 986-8656

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. EUGENE HENLEY, JR., et al. DEFENDANT(S). | 2:25-cr-00211-FLA-1  **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

IN CAMERA DOCUMENTS

**Reason:**
☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 24, 2025
Date

/s/ Craig Harbaugh
Attorney Name

Eugene Henley, Jr. Defendant
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).