UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   2:25-cr-00211-FLA                                        Date: September 3, 2025

Present: The Honorable: FERNANDO L. AENLLE-ROCHA, United States District Judge

Interpreter  N/A

| Dominique Carr | Laura Elias | Jena A. MacCabe, Kevin J. Butler |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1-Eugene Henley, Jr. - NO APPEARANCE | ✓ | | | 1-Craig A. Harbaugh, CJA | ✓ | ✓ | |
| 2-Sylvester Robinson | ✓ | | ✓ | 2-Scott A. Pactor, CJA | ✓ | ✓ | |
| 3-Mark Martin | ✓ | | ✓ | 3-Kristen N. Richards, CJA | ✓ | ✓ | |
| 4-Termaine Ashley Williams | ✓ | ✓ | | 4-Michael M. Levin, Retd | ✓ | | ✓ |
| 5-Armani Aflleje - NO APPEARNCE | | | ✓ | 5-John D. Robertson, CJA | ✓ | ✓ | |
| 6-Fredrick Blanton, Jr. | ✓ | | ✓ | 6-Carlos L. Juarez, CJA | ✓ | ✓ | |
| 7-Tiffany Shanrika Hines | ✓ | | ✓ | 7-Kenneth A. Reed, CJA | ✓ | ✓ | |

PROCEEDINGS:    STATUS CONFERENCE (HELD/COMPLETED)

The matter is called for hearing.

A **Status Conference as to all defendants is set for November 5, 2025, at 3:30 p.m.**

CC: PSA, USM

00:35

**Initials of Deputy Clerk**   DC