# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:25-cr-00211-FLA-1 | Date: | November 17, 2025 |
|---|---|---|---|

Present: The Honorable **FERNANDO L. AENLLE-ROCHA, United States District Judge**

Interpreter: N/A

| Daniel Torrez | Miranda Algorri | Kevin Butler |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Eugene Henley, Jr. | X | X | | Craig Harbaugh | X | X | |

**Proceedings:** EX PARTE APPLICATION FOR TEMPORARY RELEASE TO ATTEND RELIGIOUS BURIAL CEREMONY (Dkt. 146)

Hearing held.  Defendant and counsel are present.  Also present are Pretrial Services Officer Fatima Vazquez and Deputy U.S. Marshal Job Gudino.

The case is called and counsel state their appearances.  The court invites counsel to present their oral arguments.   Arguments by counsel are heard.  For the reasons stated on the record, the court DENIES the application for temporary release to attend religious burial.  As an alternative accommodation, the court offers defendant a private visitation with his deceased son and a remote video conference that would allow defendant to view the funeral service in coordination with the U.S. Marshals Service.  The court's Order of Detention Pending Trial (Dkt. 117) remains in effect.

IT IS SO ORDERED.

|  | 1 | : | 04 |
|---|---|---|---|

Initials of Deputy Clerk    DT