UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:25-cr-00211-FLA                                            Date: January 6, 2026

Present: The Honorable: FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| Twyla Freeman | Marea Woolrich | Jena A. MacCabe / Kevin J. Butler |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1-Eugene Henley, Jr. | X | X | | 1-Craig Harbaugh, CJA | X | X | |
| | | | | 1-Peter Johnson, CJA | X | X | |
| 2-Sylvester Robinson-*not present* | | | X | 2-Scott A. Pactor, CJA | X | X | |
| 3-Mark Martin | X | | X | 3-Kristen N. Richards, CJA | X | X | |
| 4-Termaine Asley Williams-*not present* | | X | | 4-Michael M. Levin, Retd | X | | X |
| 5-Armani Aflleje-*not present* | | | X | 5-John D. Robertson, CJA | X | X | |
| 6-Fredrick Blanton, Jr.-*not present* | | | X | 6-Carlos L. Juarez, CJA | X | X | |
| 7-Tiffany Shanrika Hines | X | | X | 7-Kenneth A. Reed, CJA | X | X | |

**PROCEEDINGS:**   STATUS CONFERENCE (HELD/COMPLETED)

MOTION OF DEFENDANT SYLVESTER ROBINSON AND MARK MARTIN TO CONTINUE TRIAL [159]

**The transcript of the In Camera proceedings is sealed.  No party or individual may obtain a complete copy of the transcript of these proceedings without further order of the court.**

The matters are called for hearing.  The court hears argument on the Motion to Continue Trial (Dkt. 159).  The matter stands submitted.

The courtroom is sealed.  The court holds an In Camera hearing with staff from the Bureau of Prisons, Metropolitan Detention Center.

The courtroom is unsealed, and the government, defendant, and defense counsel are present.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Written order to issue.


CC: PSA, USM

                                                                                                                                                      2: 40

**Initials of Deputy Clerk**   tf