UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EUGENE HENLEY, JR., *et al.*,<br><br>**　EUGENE HENLEY, JR. (#1),**<br><br>　　　　　　　　Defendant. | Case No. 2:25-cr-00211-FLA-1<br><br>**ORDER GRANTING DEFENDANT'S** ***EX PARTE*** **APPLICATION FOR ORDER TO PERMIT FILING OF OVERSIZED BRIEF [DKT. 184]** |

On February 6, 2026, defendant Eugene Henley, Jr. ("defendant") filed an *Ex Parte* Application for Order to Permit Filing of Oversized Brief ("Application") with regard to defendant's Motion to Suppress Intercepted Communications. Dkt. 184. The government takes no position. *Id.*

For good cause having been shown, the court hereby GRANTS defendant's Application (Dkt. 184). Defendant may file an oversized brief as to his Motion to Suppress Intercepted Communications.

IT IS SO ORDERED.

Dated: February 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge