Craig A. Harbaugh (Cal Bar No. 194309)
Harbaugh Law, P.C.
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (213) 986-8656
Email: craig@harbaugh.law

Peter Johnson (State Bar No. 252542)
Peter Johnson Law, P.C.
407 N. Pacific Coast Hwy, 651
Redondo Beach, California 90277
Telephone: (310) 295-1785
Facsimile: (213) 319-2907
Email: peter@peterjohnsonlaw.com

Attorneys for Defendant
Eugene Henley, Jr.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00211-FLA |
| Plaintiff, | Hon. Fernando M. Olguin |
| v. | **STIPULATION TO VACATE THE JULY 3, 2026 SUPPLEMENTAL-BRIEFING DEADLINE FOR THE REASSIGNED WIRETAP SUPPRESSION MOTIONS** |
| EUGENE HENLEY, ET AL. | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, Acting Attorney General Todd W. Blanche, First Assistant United States Attorney Bilal A. Essayli, and Assistant United States Attorneys Kevin J. Butler and Jena A. MacCabe, and Defendant Eugene Henley, Jr., through his counsel of record, Craig A. Harbaugh

and Peter Johnson, hereby stipulate and agree as follows, subject to the approval of the Court:

1. The Honorable Fernando L. Aenlle-Rocha set July 3, 2026 as the deadline for any supplemental briefing on the wiretap suppression motions, a deadline tied to the hearing on those motions that Judge Aenlle-Rocha had set for July 15, 2026.

2. Following entry of that scheduling order, Judge Aenlle-Rocha recused himself from the wiretap suppression motions, and the motions were reassigned by random draw to this Court.

3. Defendant Henley has a pending ex parte application to reset the briefing and hearing schedule for the reassigned motions, which proposes a status conference on July 9, 2026 and a later supplemental-briefing deadline. The government did not oppose the application, which remains pending.

4. Certain discovery that would inform the supplemental briefing is not yet complete and is expected to be produced or described in the coming weeks.

5. The parties agree that the July 3, 2026 supplemental-briefing deadline should be vacated and reset by the Court, that this relief applies to the supplemental briefing only, and that it does not affect any other deadline or the February 16, 2027 trial date.

Accordingly, the parties stipulate, and respectfully request that the Court order, as follows:

1. The July 3, 2026 deadline for supplemental briefing on the wiretap

2

suppression motions reassigned to this Court is vacated.

2.  The parties request that the Court set a status conference for July 9, 2026, at which the Court will set the deadline for supplemental briefing on the reassigned motions; alternatively, the parties will await a written order from the Court setting that deadline.

3.  This stipulation applies to the supplemental-briefing deadline only and does not affect any other deadline in this matter or the February 16, 2027 trial date.

4.  This stipulation does not resolve or withdraw defendant Henley's pending ex parte application to reset the schedule, which remains pending.

IT IS SO STIPULATED.

DATED:  July 3, 2026              /s/ Craig A. Harbaugh
                                 CRAIG A. HARBAUGH
                                 PETER JOHNSON
                                 Attorneys for Defendant Eugene Henley, Jr.

DATED:  July 3, 2026             TODD W. BLANCHE
                                 Acting Attorney General
                                 BILAL A. ESSAYLI
                                 First Assistant United States Attorney

                                 /s/ (w/ email authorization)
                                 KEVIN J. BUTLER
                                 JENA A. MacCABE
                                 Assistant United States Attorneys
                                 Attorneys for Plaintiff United States of America

3