Craig A. Harbaugh (Cal Bar No. 194309)
Harbaugh Law, P.C.
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (213) 986-8656
Email: craig@harbaugh.law

Peter Johnson (State Bar No. 252542)
Peter Johnson Law, P.C.
407 N. Pacific Coast Hwy, 651
Redondo Beach, California 90277
Telephone: (310) 295-1785
Facsimile: (213) 319-2907
Email: peter@peterjohnsonlaw.com

Attorneys for Defendant
Eugene Henley, Jr.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00211-FLA |
| | Dkts. 174, 189, 194, 195, 258 |
| Plaintiff, | Assigned to Hon. Fernando M. Olguin |
| v. | |
| | **[PROPOSED] ORDER** |
| | **VACATING THE JULY 3, 2026** |
| EUGENE HENLEY, ET AL. | **SUPPLEMENTAL-BRIEFING** |
| | **DEADLINE** |
| Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY

ORDERED:

1. The July 3, 2026 deadline for supplemental briefing on the wiretap

suppression motions reassigned to this Court is VACATED.

2.  A status conference is set for July 9, 2026, at which the Court will set the deadline for supplemental briefing on the reassigned motions; alternatively, that deadline shall be set by separate written order of the Court.

3.  This order applies to the supplemental-briefing deadline only and does not affect any other deadline in this matter or the February 16, 2027 trial date.

IT IS SO ORDERED.


DATED: _____          _____
                                        The Honorable Fernando M. Olguin
                                        United States District Judge

Presented by:


*/s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH

*/s/ Peter Johnson*
PETER JOHNSON
Attorneys for Eugene Henley, Jr.