UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    2:25-cr-00211-FLA-1, 2, 3, 4                                    Date: July 8, 2026

Present:  The Honorable: FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| Twyla Freeman | Lidia Perez | Jena A. MacCabe<br>Kevin J. Butler |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1-Eugene Henley, Jr. | X | X | | 1-Craig Harbaugh, CJA<br>1-Peter Johnson, CJA | X<br>X | X<br>X | |
| 2-Sylvester Robinson-*not present* | | | X | 2-Scott A. Pactor, CJA | -Not present | X | |
| 3-Mark Martin | X | | X | 3-Kristen N. Richards, CJA | X | X | |
| 4-Termaine Asley Williams-*not present* | X | | | 4-Mark Steven Sedlander, CJA | X | X | |
| | | | | 4-Charles P. Diamond, RETD | X | | X |

PROCEEDINGS:      **MOTION OF DEFENDANT SYLVESTER ROBINSON TO DISMISS COUNTS ONE, TWO, AND THREE FOR OUTRAGEOUS GOVERNMENT MISCONDUCT [175]**

**MOTION OF DEFENDANT EUGENE HENLEY TO DISMISS COUNT ONE [180]**

**MOTION OF DEFENDANT EUGENE HENLEY TO STRIKE PREJUDICIAL SURPLUSAGE FROM THE INDICTMENT [185]**

**MOTION OF DEFENDANT EUGENE HENLEY TO DISMISS COUNTS TWO AND THREE FOR LACK OF FEDERAL JURISDICTION [188]**

The matters are called for hearing.

Criminal Justice Act panel attorney Scott A. Pactor, on behalf of movant, submits on the written motion (Dkt. 175), waives oral argument, and his appearance.  Defendant (2) Sylvester Robinson waives his appearance, waiver on file.

---

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Defendant (1) Eugene Henley orally joins, through counsel, in the Motion to Dismiss Counts One, Two, and Three for Outrageous Government Misconduct (Dkt. 175).  Counsel for Defendant (4) Termaine Ashley Williams orally joins in the Motion to Dismiss Counts Two and Three for Lack of Federal Jurisdiction (Dkt. 188).  Defendant Termaine Ashley Williams is not present, waiver on file.

The court hears arguments and rules as follows:

Motion of defendant Sylvester Robinson to Dismiss Counts One, Two, and Three for Outrageous Government Misconduct (Dkt. 175) is DENIED.

Motion of defendant Eugene Henley to Dismiss Count One (Dkt.180) is DENIED.

Motion of defendant Eugene Henley to Strike Prejudicial Surplusage from the Indictment (Dkt.185) is DENIED.

Motion of defendant Eugene Henley to Dismiss Counts Two and Three for Lack of Federal Jurisdiction (Dkt. 188) is DENIED.

CC: PSA, USM

1:50

**Initials of Deputy Clerk**   tf