NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | 2:25-cr-00211-FLA | Date | 7/15/2026 |
|---|---|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|
| Interpreter | Not Applicable |
| Probation Officer | Not Applicable |

| Wendy Hernandez | CourtSmart | Jena MacCabe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| DEFT 1: EUGENE HENLEY, JR. | x | x | | CJA Craig Harbaugh / CJA Peter Johnson | x | x | |
| DEFT 3: MARK MARTIN | x | | x | CJA Kristen Richards | x | x | |
| DEFT 5: ARMANI AFLEJE (waiver) | not | | x | DEFT 5: CJA John Robertson | x | x | |
| DEFT 7: TIFFANY SHANRIKA HINES | x | | x | CJA Kenneth Reed | x | x | |

**Proceedings: STATUS CONFERENCE ON THE REASSIGNED WIRETAP SUPPRESSION MOTIONS**

Matter called.  Attorney Scott Pactor on behalf of Defendant Sylvester Robinson, and attorneys Mark Sedlander and Charles Diamond on behalf of Defendant Termaine Ashley Williams also make an appearance.  Both defendants have a waiver of presence on file.

The Court hears from the parties and adopts the following proposed briefing schedule:

- Defense supplemental brief to be filed by: 08/06/26
- Government's Response to be filed by:      08/20/26
- Hearing to be set by the Court, if necessary.

Attorney John Robertson informs the Court that a request to refer Defendant Armani Afleje's Motion to Dismiss [371] to this Court will be submitted to Judge Aenlle-Rocha soon.

**IT IS SO ORDERED.**