NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | CR  25-00211-FLA: USA -VS- HENLEY, JR. ET AL. | Date | August 3, 2026 |
|---|---|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|
| Interpreter | Not Applicable |
| Pretrial & Probation Officer | Not Applicable |

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| DEFT 1: EUGENE HENLEY, JR. | Not | X | | CJA Craig Harbaugh/ CJA Peter Johnson | Not | X | |
| DEFT 3: MARK MARTIN | Not | | X | CJA Kristen Richards | Not | X | |
| DEFT 5: ARMANI AFLEJE (waiver) | Not | | X | CJA John Robertson | Not | X | |
| DEFT 7: TIFFANY SHANRIKA HINES | Not | | X | CJA Kenneth Reed | Not | X | |

Proceedings:    (In Chambers) ORDER

On July 15, 2026, the Court held a Status Conference and set a briefing schedule, [Dkt. 372], on the reassigned Wiretap Suppression Motions. [Dkts. 174, 189, 194, 195, 258]. The Court sets the reassigned Wiretap Suppression Motions for Oral Argument on October 6, 2026 at 1:30pm. *Id.*

The Court will review the supplemental briefs and decide whether a *Franks* hearing will be needed. If the Court does conduct a *Franks* hearing, the hearing will also take place on October 6, 2026. Either way, oral argument will occur on the October 6 date. The Court will also decide whether to require further declarations after reviewing the supplemental briefing.

**IT IS SO ORDERED.**